**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JONATHAN GOMEZ-LEYVA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-06025-DTB<br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued ordering Respondent to immediately release Petitioner Jonathan Gomez-Leyva (A# 219-849-912) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with it, are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations,

including the provision of written notice and a pre-deprivation hearing before a neutral arbiter at which Respondents bear the burden of proof by clear and convincing evidence.

Respondents are ordered to file a status report within two (2) business days of the date the Order Granting Petition for Writ of Habeas Corpus to confirm that Petitioner has been released from custody, and that all property confiscated from Petitioner (if any) during his arrest and processing into detention has been returned to him.

DATED: November 13, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE